

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-19-00194-CR |
| | § | |
| EX PARTE | § | Appeal from the |
| | § | 120th District Court |
| MARCOS HERNANDEZ. | § | of El Paso County, Texas |
| | § | |
| | § | (TC#20140D00486) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the State's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2020.

GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.